IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**ANTHONY STRONG**                                                                      **PETITIONER**

v.                                                                                    **No. 1:20CV236-SA-DAS**

**STATE OF MISSISSIPPI**                                                      **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DISMISSED**.

**SO ORDERED**, this, the 11th day of August, 2021.

                                                                               /s/ Sharion Aycock
                                                                               U. S. DISTRICT JUDGE